# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**STEPHEN L. MEININGER**
**as Chapter 7 Trustee of the estate**
**of Kathleen Star Green,**

            **Plaintiff,**

vs.                                                    Case No. 8:12-cv-00640-T-27EAJ

**VIKING COLLECTION SERVICES, INC.,**

            **Defendant.**

_____/

## ORDER

     **ON AUGUST 3, 2012,** the Court issued an Order directing Plaintiff to show cause why this case should not be dismissed for lack of prosecution (Dkt. 6). The Order expressly stated that "Plaintiff's failure to respond to this Order within the allotted eleven (11) days shall result in the dismissal of this case without further notice or order of this Court." The Court finds, based on Plaintiff's willful failure to respond to this Order, that lesser sanctions will not suffice. *See Pierce v. City of Miami,* 176 F. App'x 12, 14 (11th Cir. 2006). Accordingly, it is **ORDERED AND ADJUDGED** that this case is **DISMISSED**. All pending motions are denied as moot. The clerk is directed to **CLOSE** this case.

     **DONE AND ORDERED** in chambers this 23rd day of August, 2012.

                                 **JAMES D. WHITTEMORE**
                                 United States District Judge

Copies to:
Counsel of Record